**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Barrie Buckner, et al.

                                              Plaintiff,

v.                                                         Case No.: 1:08−cv−03410
                                                            Honorable Milton I. Shadur

Mortgage Lenders Network, USA, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 1, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 8/1/2008. This Court defers the obligation to file a responsive pleading as to defendants Deutsche Bank and Wilshire Credit. Status hearing set for 9/11/2008 at 09:00 AM.)Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.