**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                       Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>       s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL          APPOINTED COUNSEL |

1492-71

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BARRIE BUCKNER and VERNICE A. BUCKNER, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 CV 3410 |
| MORTGAGE LENDERS NETWORK, USA; ADVANTAGE MORTGAGE CONSULTING, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE MLMI TRUST SERIES 2007-MLM1; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WILSHIRE CREDIT CORPORATION' and DOES 1-5, | ) ) ) ) ) ) ) ) ) ) | Judge Shadur<br><br>Magistrate Judge Cole<br><br>Jury Demanded |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Appearance was served by electronic filing with the clerk of the Court (ECF) on the following parties or their attorneys:

    Al Hofeld, Jr.
    Law Office of Al Hofeld, Jr., LLC
    And The Social Justice Project
    208 S. LaSalle Street, Suite #1650
    Chicago, IL  60604

On August 4, 2008.

                                                  Respectfully submitted,

                                                  /s/ Jonathan D. Nusgart

James V. Noonan #6200366
Ruth B. Sosniak #6204497
Jonathan D. Nusgart #6211908
Noonan & Lieberman, Ltd.
105 W. Adams Street, Suite 3000
Chicago, IL 60603
312-431-1455